M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Darreen Tolliver                     2008 JAN 16  A 9 28
06 25 6037                                      )
_____      )
Full name and prison name of         DEBRA P. HACKETT, CLK
Plaintiff(s)                         U.S. DISTRICT COURT
                                     MIDDLE DISTRICT ALA
                                                 )
v.                                               )    CIVIL ACTION NO. 3.08-CV-37-MHt
                                                 )    (To be supplied by Clerk of U.S. District
David Jones Law Firm _____           )    Court)
_____      )
_____      )
_____      )
_____      )
_____      )
Name of person(s) who violated your  )
constitutional rights. (List the names )
of all the person.)                  )

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court dealing with the same or
            similar facts involved in this action?  YES ☐  No ☑

      B.    Have you begun other lawsuits in state or federal court relating to your
            imprisonment?        YES ☐        NO ☑

      C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
            is more than one lawsuit, describe the additional lawsuits on another piece of paper,
            using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff (s) _____

                  _____

                  Defendant(s) _____

                  _____

            2.    Court (if federal court, name the district; if state court, name the county)

                  _____

                  _____

3.  Docket number _____

4.  Name of judge to whom case was assigned  G. B. Greene

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)  Pending appeal

6.  Approximate date of filing lawsuit  Dec. 1, 07

7.  Approximate date of disposition  Oct 8, 07

II.  PLACE OF PRESENT CONFINEMENT  Russell County Jail
Prentiss L. Griffith Detention Facility (Kilby Doc  Jan 9, 08

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
Prentiss L. Griffith Detention Facility (RCJ)

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | David Jones Law Firm | 516 14th Street Phenix City Ala  36868 P.o 160 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED  Oct 3, 07
April — Oct, 3, 07

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Did not have fair trail i gave Jones list of witness never supena them na got my Evidence for my trail - never gave me full motion of Discovery Never filed any motion that i asked

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

I had witnesses in my case that was not Summon to court for my trail after i gave David Jones a list of name and address of People willing with information on my behalf

GROUND TWO: The Victim of the matter in my Case was not in trail in fact had spoke on my behalf to her mother and others like my witness

SUPPORTING FACTS: The victim in my case i my girl friend Daughter - her mother was willing to tell how the victim ask for me and told her i did not hurt her and how what i was charged with She had already been to the Dr had records of these things.

GROUND THREE: After tell mr Jones about Dr. Records what Victim and mother said he Never got the records to Show in my case

SUPPORTING FACTS: One of my witness came to court for my behalf Sat there 10 hours but was never called to the stand Jones Said he did not want to waste the Judge time - Jones never even gave me my Full motion of Discovery i had the right to know what was there So Called evidence - he never took the time out to bring it to me or talk to me more then 1 hour the whole time he was on my case.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Look in two this Case to find mistrail – not have
to Pay this Attorney's Fee's. bring forth any
legal action to his behalf causing him to do his
Job for the next person, Give me a new trail
Compensate Amount of my fine $30,000
Everthing i lost and was charged with.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1 - 9 - 07__ .
    (Date)

_____
Signature of plaintiff(s)

Darreen Tolliver
00256037
P.O. Box 150
MT. Megis Ala
36057



# LEGAL MAIL

This correspondence is forwarded
from an Alabama State Prison.  The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."



Clerk
United States middle District of
Alabama
P.O. Box 711
Montgomery Ala, 36101-0711