IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DARREEN TOLLIVER, #256 037 )<br>                                              )<br>   Plaintiff,                  )<br>                                              )<br>v.                                         )<br>                                              )<br>DAVID JONES LAW FIRM     )<br>                                              )<br>   Defendant.               ) | CIVIL ACTION NO. 3:08cv37-MHT<br>(WO) |

## **ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on January 22, 2008 (Doc. #4). After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that the recommendation is adopted as follows:

    1. Plaintiff's challenged to the validity of his convictions is DISMISSED without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii);

    2. Plaintiff's other claims are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

    3. This case is DISMISSED prior to service of process.

    An appropriate judgment will be entered.

    DONE, this the 19th day of February 2008.

                                                /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE