```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005461
Cashier ID: khaynes
Transaction Date: 06/11/2008
Payer Name: DRAPER CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: Darreen Tolliver
 Case/Party: D-ALM-3-08-CV-000037-001
 Amount:         $28.00
------------------------------------
CHECK
 Check/Money Order Num: 3186
 Amt Tendered:  $28.00
------------------------------------
Total Due:      $28.00
Total Tendered: $28.00
Change Amt:     $0.00
```